MICHAEL FOGERTY *vs.* MINNEAPOLIS & ST. LOUIS RAILWAY COMPANY.

February 6, 1883.

Evidence *held* sufficient to sustain a verdict.

Action in the district court for Le Sueur county, to recover damages for the destruction of plaintiff's grass, occasioned by the careless and defective construction, by defendant, of embankments and a bridge over the Cannon river, whereby the water of the stream was dammed up and overflowed plaintiff's land, causing the injuries complained of. Plaintiff had a verdict after a trial before *Macdonald,* J., and a jury, and defendant appeals from the judgment entered thereon.

*L. L. Baxter,* for appellant.

*O'Brien & Wilson,* for respondent.

BERRY, J. The paper-book contains abundant testimony reasonably tending to sustain the plaintiff's verdict. We discover nothing, either in the evidence or in the authorities cited by defendant's counsel, to take this appeal out of the settled general rule in accordance with which we have repeatedly refused to disturb a verdict in such circumstances.

Judgment affirmed.